<hr>

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:20-CR-25 (GTS) |
| DAREN ARAKELIAN, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/10/2020

_Daren Arakelian_
Defendant's signature

_Julie Nociolo_
Signature of defendant's attorney

Julie A. Nociolo, Esq.
Printed name of defendant's attorney

Judge's signature

Hon. Glenn T. Suddaby, Chief U.S. District Judge
Judge's printed name and title