No. 1798

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

MAR 10 2020

AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA)
)
VS. )
)
Daren Arakelian )
_____ )

at _____ Albany _____

Case No. __1:20·CR·25__

Received on behalf of the United States from, _____ Defendant _____

_____

☐ Collateral

☒ Passport No. U.S. Passport # 5280 20 733    Daren Armen Arakelian
                                                           (Name)
_____ Rensselaer, NY 12144
       (Address)              (City, State and Zip Code)

☐ Deed for property located at _____

_____ owned by _____

☐ Other _____

_____

Receipt is hereby acknowledged.                Clerk, U.S. District Court

3/10/2020                                       By: _____

Location: _____

Disposition: _____

Received the above item as described,

_____    _____    _____
    (Signature)            (Print Name)        (Date)

FILE AND DOCKET COPY